ESTELLE DURHAM POTTS v. WILLIAM BREVOORT POTTS.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HENRY ELGARTEN v. HOWARD S. HOIT, Individually, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

W. E. BLUME, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of, and Rehabilitate the NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of the Application of CENTRAL HANOVER BANK AND TRUST COMPANY for Certain Relief against GEORGE S. VAN SCHAICK, Superintendent of Insurance, etc., as Rehabilitator of NEW YORK TITLE AND MORTGAGE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley and Untermyer, JJ. [See ante, p. 807.]

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of, and Rehabilitate the LAWYERS TITLE AND GUARANTY COMPANY. In the Matter of the Application of CITY BANK FARMERS TRUST COMPANY for Certain Relief against GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of LAWYERS TITLE AND GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley and Untermeyer, JJ. [See ante, p. 808.]

SELECT THEATRES CORPORATION, Respondent, v. ROSE ROTHENBERG, as Executrix, etc., of ELIZABETH MARBURY, Deceased, and Another, Appellants.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, on the ground that the affidavits present a triable issue of fact, and the case preferred and trial set for May 21, 1934. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

MARCELLE SYBIL MASON, by MERLE I. ST. JOHN, Her Guardian ad Litem, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK and Another, as Executors of and Trustees under the Will of MARGUERITE D. MASON, Deceased, and Others, Respondents.— Judgment modified by striking out the additional allowance awarded to defendants Yvonne M. Westfried and Arlette Westfried, and as so modified affirmed, with costs to all parties payable out of the estate of Marguerite D. Mason, deceased. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of JAMES CONWAY, Deceased. JOHN F. CONWAY, Appellant; MARY E. HURLEY, Respondent.— Final decree reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that the findings are against the weight of the evidence, and proceeding remitted to the surrogate of the county of Bronx for further action in accordance with the opinion of this court. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.